# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:10-CR-13 |
| | § | |
| BYRON GARRETT | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation from United States magistrate judge Zack Hawthorn that recommends Byron Garrett's unconditional discharge under 18 U.S.C. § 4243(f). (Doc. No 50.) The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the proper course of action in this case is to unconditionally discharge Garrett under 18 U.S.C. § 4243(f). It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge (Doc. No. 50) be **ADOPTED**. It is further

**ORDERED** that the Defendant, Byron Garrett, be unconditionally discharged under 18 U.S.C. § 4243(f), and this case be administratively closed.

**So Ordered and Signed**
Feb 2, 2017

_____
Ron Clark, United States District Judge